# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JASON RAYMOND & WENDY ELISE NANCE
**Case Number:** 2:09-bk-13855-CGC  **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 15, 2009 01:30 PM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:** LUANN BELLER
**Reporter / ECR:** MARCO GARCIA

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A.
**R / M #:** 30 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JASON RAYMOND NANCE, WENDY ELISE NANCE
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald reviewed the payments owed.

Mr. Abujbarah responded, stating that he intends to file an adversary proceeding. He stated that the debtor is paying $950 adequate protection payments but did not have his records as to how the payment amount was calculated.

COURT: IT IS ORDERED DIRECTING THAT THE $950 BE PAID OVER TO THE CREDITOR AND IF THE ADEQUATE PROTECTION PAYMENTS ARE NOT MADE THE STAY WILL LIFT.

IT IS FURTHER ORDERED SETTING A CONTINUED HEARING ON NOVEMBER 19, 2009 AT 1:30 P.M. AND AT THAT TIME THE COURT MAY RECONSIDER THE AMOUNT OF THE ADEQUATE PROTECTION PAYMENT.