**TIFFANY & BOSCO**
P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17113/0086517026

**SO ORDERED.**

Dated: October 26, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jason Raymond Nance and Wendy Elise Nance<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>     vs.<br><br>Jason Raymond Nance and Wendy Elise Nance, Debtors; Edward J. Maney, Trustee.<br><br>    Respondents. | No. 2:09-bk-13855-CGC<br><br>Chapter 13<br><br>(Related to Docket #30)<br><br>**ORDER FOR ADEQUATE PROTECTION PAYMENTS** |

IT IS HEREBY ORDERED that the Debtors shall submit Adequate Protection payments in the amount of $950.00 directly to Movant's Counsel commencing with the November 1, 2009 payment and every month thereafter until further Order of this Court. Said payments shall be made at the following address:

> Leonard J. McDonald
> Tiffany & Bosco, P.A.
> 2525 East Camelback Road, Suite 200
> Phoenix, Arizona 85016

1

IT IS FURTHER ORDERED in the event of default in making any payments described herein that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are will be terminated as to Movant upon Final Order of the Court.

DATED this _____ day of 2009.