# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | JASON RAYMOND & WENDY ELISE NANCE |
| **Case Number:** | 2:09-bk-13855-CGC          **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 19, 2009 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A.

**R / M #:**   30 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JASON RAYMOND NANCE, WENDY ELISE NANCE
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Counsel agree to continue this hearing to DECEMBER 22, 2009 AT 2:30 P.M.