# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** JASON RAYMOND & WENDY ELISE NANCE
**Case Number:** 2:09-bk-13855-CGC  **Chapter:** 13
**Date / Time / Room:** TUESDAY, DECEMBER 22, 2009 02:30 PM  6TH FLOOR #601
**Bankruptcy Judge:** CHARLES G. CASE II
**Courtroom Clerk:** RHONDA VAUGHAN
**Reporter / ECR:** MARCO GARCIA

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK, N.A.
**R / M #:** 30 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR JASON RAYMOND NANCE, WENDY ELISE NANCE
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald discusses the adequate protection order and advises no payments have been made; he was advised that payments were sent to the trustee and debtor would attempt to get them back.

Mr. Abujbarah advises in January all payments will be sent to Mr. McDonald's office; it does appear from the trustee's records they did receive the payments.

THE COURT ADVISES HE WILL SIGN AN ORDER DIRECTING THE TRUSTEE TO TURNOVER THE PAYMENTS TO THE LENDER IF NEEDED. IF THE PAYMENT WAS NOT MADE TO THE TRUSTEE THE DEBTOR SHALL HAVE 14 DAYS TO MAKE THAT PAYMENT; FAILING THAT MR. MCDONALD CAN SUBMIT AN ORDER LIFTING THE AUTOMATIC STAY.