**SO ORDERED.**

Dated: February 11, 2010



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**JASON RAYMOND NANCE AND WENDY ELISE NANCE,**<br><br>　　Debtors.<br><br>**WELLS FARGO FINANCIAL ACCEPTANCE, INC., WELLS FARGO FINANCIAL COLORADO, INC.,**<br><br>　　Movant,<br><br>vs.<br><br>**JASON RAYMOND NANCE AND WENDY ELISE NANCE,** Debtors, and **EDWARD J. MANEY,** Trustee,<br><br>　　Respondents. | Proceedings in Chapter 13<br><br>**No. 2:09-13855 PHX CGC**<br><br><br><br>ORDER GRANTING ADEQUATE PROTECTION |

Movant, WELLS FARGO FINANCIAL ACCEPTANCE, INC., WELLS FARGO FINANCIAL COLORADO, INC., having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the trustee, EDWARD J. MANEY, having failed to file an objection to the Motion or the proposed form of Order; the Debtors, JASON RAYMOND NANCE AND WENDY ELISE NANCE, having filed an

Page 1

objection by their attorney Nasser U. Abujbarah; the Court having conducted a preliminary hearing on February 4, 2010; the Court finds that the property described as:

    2005 Ford Freestar, VIN 2FMZA51615BA03639

is subject to a valid, perfected security interest and lien of Movant, which interest has not been afforded adequate protection; and good cause appearing therefore, it is

    ORDERED, ADJUDGED AND DECREED that Movant shall have an adequate protection payment in the amount of $74.00 each month, retroactive to the first plan payment. The adequate protection shall continue until such time as Movant begins to receive the regular plan payments from the trustee.

    DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Unsigned copy of the foregoing mailed
this 8th day of February, 2010 to:

Jason Raymond Nance
Wendy Elise Nance
9722 N. San Ricardo Court
Waddell, AZ  85355

Nasser U. Abujbarah
The Law Offices of Nasser U. Abujbarah
7025 E. McDowell Road, Suite 9
Scottsdale, AZ  85257

Edward J. Maney
P.O. Box 10434
Phoenix, AZ  85064-0434

*/s/ Patricia Doyle-Kossick*