SO ORDERED.



**TIFFANY & BOSCO**
P.A.

Dated: March 11, 2010

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17113

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jason Raymond Nance and Wendy Elise Nance<br>        Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br><br>Jason Raymond Nance and Wendy Elise Nance, Debtors; Edward J. Maney, Trustee.<br><br>        Respondents. | No. 2:09-bk-13855-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #30)<br><br>Hearing Date: December 22, 2009 |

       This matter having come before the Court for a Preliminary Hearing on December 22, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtors appearing by and through their counsel, The Law Offices of Nasser U. Abujbarah, Debtors failed to make payments as instructed by the Court and the Trustee has verified that no additional payments have been received, therefore, and good cause appearing.

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 16, 2008, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jason Raymond Nance and Wendy Elise Nance have an interest in, further described as:

    Lot 352, CORTESSA, according to Book 730 of Maps, Page 11, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.