SO ORDERED.

**TIFFANY & BOSCO** P.A.

Dated: August 17, 2010



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**CHARLES G. CASE, II**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-17113

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Jason Raymond Nance and Wendy Elise Nance<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>    vs.<br>Jason Raymond Nance and Wendy Elise Nance<br>Debtors; Edward J. Maney, Trustee.<br>    Respondents. | No. 2:09-bk-13855-CGC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #30)<br><br>Hearing Date: December 22, 2009 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated effective September 24, 2010 as to Movant with respect to that certain real property which is subject of a Deed of Trust dated April 16, 2008, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jason Raymond Nance and Wendy Elise Nance have an interest in, further described as:

Lot 352, CORTESSA, according to Book 730 of Maps, Page 11, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.